IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DUNWOODY RECOVERY PLACE, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DUNWOODY, GEORGIA, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:25-cv-02699-TRJ |

# ORDER

This matter is before the Court on Plaintiffs John Doe 1, John Doe 2, and John Doe 3's (collectively, "Doe Plaintiffs") Motion for Leave to Proceed Under a Pseudonym and to File Personally Identifying Information Under Seal. (Doc. 4). In this case, Plaintiffs allege that the City of Dunwoody has adopted and is enforcing land use regulations that discriminate against and that have a disparate impact upon people with disabilities. (Doc. 4-1 at 1). Doe Plaintiffs have substance use disorders and mental health diagnoses and seek to proceed anonymously due to the stigma associated with their disabilities. (*Id.* at 2). The City of Dunwoody filed a notice of no opposition, stating that it does not oppose Doe Plaintiffs' Motion so long as Doe Plaintiffs disclose their names for discovery purposes. (Doc. 13).

Accordingly, Doe Plaintiffs' Motion (Doc. 4) is **GRANTED IN PART**. The Motion for Leave to Proceed Under a Pseudonym is **GRANTED**, and Doe Plaintiffs shall be permitted to proceed in this action as John Doe 1, John Doe 2, and John Doe

3. To the extent Doe Plaintiffs are preemptively seeking leave to file sealed or redacted documents in this action, Doe Plaintiffs will be required to follow the procedures outlined in the Court's Guidelines (Doc. 8) as well as the Local Rules of this Court with respect to filing documents under seal.

SO ORDERED, this 10th day of June, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge

2