**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DUNWOODY RECOVERY PLACE, LLC, NORTH PEACHTREE HOLDINGS, LLC, DAVE EDMONDSON,  AS GUARDIAN FOR JOHN DOE 1, SANDY DUGAN AS GUARDIAN FOR JOHN DOE 2, AND JOHN DOE 3, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DUNWOODY, GEORGIA, <br><br> Defendant. | ) ) ) ) CIVIL ACTION FILE NO. ) ) ) )     1:25-CV-2699-TRJ ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

COME NOW Dunwoody Recovery Place, LLC, North Peachtree Holdings, LLC, Dave Edmondson, as Guardian for John Doe 1, Sandy Dugan as Guardian for John Doe 2, and John Doe 3, Plaintiffs in the above-styled matter, and the Defendant, The City of Dunwoody, Georgia, and pursuant to Fed. Rule Civ. P. 41 (a)(1)(ii), stipulate that the above-styled cause is  dismissed **WITHOUT** prejudice with each party to bear his or her own cost and fees.

Respectfully submitted, this 15th day of December 2025.

[signatures on following page]

**JONES & PALMER, LLC**

*/s/ M. Boyd Jones*

_____

M. Boyd Jones
Georgia Bar No. 400891


*/s/ Betsy Palmer Collins*

_____

Betsy Palmer Collins
Georgia Bar No. 334968

*Attorneys for Plaintiffs*

639 Whitlock Avenue, SW, 2nd Floor
Marietta, Georgia 30064
boyd.jones@jonespalmerlaw.com
betsy.collins@jonespalmerlaw.com
T: 770-575-8303
F: 770-485-8967

**CAROTHERS & MITCHELL, LLC**

*Thomas M. Mitchell (w/express permission)*
Thomas M. Mitchell
Georgia Bar No.: 513597
Cullen B. Threlkeld
Georgia Bar No.: 669027

**Attorneys for Defendant**

1809 Buford Highway
Buford, Georgia 30518
Phone: (770) 932-3552
Fax: (770) 932-6348
Thomas.mitchell@carmitch.com
Cullen.threlkeld@carmitch.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, I electronically filed the foregoing *STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

**JONES & PALMER, LLC**

*/s/ M. Boyd Jones*

_____
M. Boyd Jones
Georgia Bar No. 400891

*/s/ Betsy Palmer Collins*

_____
Betsy Palmer Collins
Georgia Bar No. 334968

*Attorneys for Plaintiffs*

639 Whitlock Avenue, SW, 2nd Floor
Marietta, Georgia 30064
boyd.jones@jonespalmerlaw.com
betsy.collins@jonespalmerlaw.com
T: 770-575-8303
F: 770-485-8967